USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/1/2023

**akerman**

**MEMO ENDORSED**

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

November 1, 2023

**VIA ECF**

The Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:  *Scott et al v. AAM Holding Corp. et al*
  Case No.  1:23-cv-01909(ALC)

Dear Judge Carter:

  We represent Defendants AAM Holding Corp., 59 Murray Street Enterprises, Inc., Barry Lipsitz, and Barry Lipsitz, Jr. (collectively "Defendants") in the above-captioned matter. We write to respectfully write to request an adjournment of the telephonic conference call for Defendants' anticipated motion to compel arbitration currently scheduled for November 2, 2023 at 3:00 PM.

  This adjournment is requested because I will be unable to attend the conference due to a scheduling conflict. I will be entirely unavailable on November 2 and November 3, but I can be available for a conference next week on November 6, 7, 9, and 10, at any time convenient for the Court. Plaintiffs' counsel will be unavailable entirely on November 7, after 12 PM on November 6, and before 11 AM on November 9. Other than the foregoing dates and times, Plaintiffs' counsel is available to attend the conference.

  This is Defendants' first request for an adjournment of the pre-motion conference for Defendants' anticipated motion to compel arbitration. Plaintiffs' counsel consents to this requested adjournment.  No other deadlines will be affected by this request.

  Thank you for your consideration.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel

akerman.com

The Honorable Andrew L. Carter
November 1, 2023
Page 2

_____


Partner
For the Firm

cc:     Plaintiffs' attorney (via ECF)

SO ORDERED:

*/s/ Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 1, 2023
The Court will hold a telephonic conference in this action on November 13, 2023 at 12:00 PM Eastern Time. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).