# akerman

M. Adil Yaqoob

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-880-3888 | C:404-313-9557

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/3/2024

January 3, 2024

**VIA ECF**

The Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Scott et al v. AAM Holding Corp. et al*
      Case No.  1:23-cv-01909(ALC)

Dear Judge Carter:

We represent Defendants AAM Holding Corp., 59 Murray Street Enterprises, Inc., Barry Lipsitz, and Barry Lipsitz, Jr. (collectively "Defendants") in the above-captioned matter. We respectfully write to request an adjournment of the deadline to file Defendants' motion to compel arbitration and to stay discovery from January 5, 2024 to until January 26, 2024.

The foregoing extension is requested because, due to holiday and vacation schedules, Defendants need the extra time to prepare their motion filings. In addition to this request, Defendants request a February 16, 2024 deadline for Plaintiffs' response brief and a March 1, 2024 deadline for Defendants' reply brief. No other deadlines will be affected by this request. Plaintiffs' counsel consents to this request.

Thank you for your consideration.

Respectfully Submitted,

/s/ M. Adil Yaqoob
M. Adil Yaqoob
Associate
For the Firm

cc:   Plaintiffs' attorney (via ECF)

SO ORDERED:

[signature]

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: January 3, 2024

akerman.com

74248104;1