USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/11/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SCOTT,**

                **Plaintiff,**

        -against-

**AAM HOLDING CORP.,** *et al.*,

               **Defendants.**

**23-cv-01909 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court will hold a telephonic conference on **March 12th, 2024 at 2:00 PM Eastern Time** to discuss the Parties' recently filed letters. The Parties and all counsel of record, including counsel Jason Mizrahi, should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    March 11, 2024
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**