```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/12/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SCOTT,** | |
| Plaintiff, | 23-cv-01909 (ALC) |
| -against- | **ORDER** |
| **AAM HOLDING CORP.,** *et al.*, | |
| Defendants. | |

**ANDREW L. CARTER, United States District Judge:**

The Court will hold a telephonic conference on **March 14th, 2024 at 3:00 PM Eastern Time** to discuss the Parties' recently filed letters. The Parties and all counsel of record, including counsel Jason Mizrahi, should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:  March 12, 2024
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**