USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _3/14/2024_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SCOTT, *et al.*,

                        **Plaintiff,**

            -against-

AAM HOLDING CORP., *et al.*,

                        **Defendants.**

**23-cv-01909 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

In follow-up from the Court's telephonic conference held on March 14, 2024:

- **March 15, 2024:** Plaintiffs are hereby **ORDERED** to file a substitution of counsel.
- **March 28, 2024:** Plaintiffs are hereby **ORDERED** to file their amended complaint.

The Parties shall adhere to the following briefing schedule for Defendants' anticipated motion to compel arbitration:

- **April 18, 2024:** Defendants' Opening brief.
- **May 2, 2024:** Plaintiffs' Opposition brief.
- **May 9, 2024:** Defendants' Reply brief.

**SO ORDERED.**

**Dated:  March 14, 2024**
         **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**