USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/10/2024

**MEMO ENDORSED**

# akerman

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

May 10, 2024

<u>**VIA ECF**</u>

The Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Scott et al v. AAM Holding Corp. et al*
      <u>Case No.  1:23-cv-01909(ALC)</u>

Dear Judge Carter:

We represent Defendants AAM Holding Corp., 59 Murray Street Enterprises, Inc., Barry Lipsitz, and Barry Lipsitz, Jr. (collectively "Defendants") in the above-captioned matter. We write to respectfully request an adjournment of the deadline to file Defendants' reply brief in further support of their motion to compel arbitration from May 14, 2024, up to and until May 21, 2024.

This adjournment is requested because Defendants need the additional time to prepare a reply brief. This is Defendants' first request for an adjournment of the deadline to file a reply brief. Plaintiffs' counsel consents to this requested adjournment. No other deadlines will be affected by this request.

Thank you for your consideration.

Respectfully Submitted,

/s/ Jeffrey A. Kimmel
Jeffrey A. Kimmel
Partner
For the Firm

cc:   Plaintiffs' attorney (via ECF)

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: May 10, 2024

akerman.com