UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT,

               Plaintiff,

-against-

AAM HOLDING CORP., *et al.*,

               Defendants.

23-cv-01909 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The parties are **ORDERED** to file a joint status report on October 8, 2025 as to the status of arbitration and/or the pendency of this action generally.

**SO ORDERED.**

Dated:    October 1, 2025
            New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**