UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

    Scott

                    Plaintiff,

    -against-

    AAM Holding Corp.

                 Defendant

--------------------------------------------------------------x

:
:
:    23-cv-1909
:
:    <u>ORDER</u>
:
:
:
:

**ANDREW L. CARTER, JR., United States District Judge:**

On October 8, 2025, the Parties filed a letter stating that they would follow up in thirty days with a status update as to this matter. It has now been over five months. The parties are ORDERED to file a joint status report by April 7, 2026 as to the status of arbitration and/or the pendency of this action generally.

**SO ORDERED.**

**Dated:**  March 31, 2026
          New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**