akerman

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6435
T: 212 880 3800
F: 212 880 8965

April 7, 2026

**VIA ECF**

The Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**Re:** ***Scott et al v. AAM Holding Corp. et al***
**Case No. 1:23-cv-01909(ALC)**

Dear Judge Carter:

This firm represents Defendants AAM Holding Corp., 59 Murray Street Enterprises, Inc., Barry Lipsitz, and Barry Lipsitz, Jr. (collectively "Defendants") in the above-captioned matter. We submit this letter on behalf of both parties to provide the Court with an update on the arbitration in this case as requested by the Court on March 31, 2026. The Ameri Law Firm will continue to serve as counsel of record for Plaintiffs in this matter, and filed arbitration on behalf of Plaintiffs on April 6, 2026.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

cc: Plaintiffs' attorney (via ECF)